**No. 07-1489. Trainer Wortham & Company, Inc., et al., Petitioners v. Heide Betz.**

559 U.S. 1103, 130 S. Ct. 2400, 176 L. Ed. 2d 920, 2010 U.S. LEXIS 3749.

May 3, 2010. On petition for writ of certiorari to the United States Court of appeals for the Ninth Circuit. Petition for writ to certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Merck & Co. v. Reynolds, 559 U.S. 633, 130 S. Ct. 1784, 176 L. Ed. 2d 582 (2010).

Same case below, 519 F.3d 863.

**No. 08-1473. American Express Company, et al., Petitioners v. Italian Colors Restaurant, et al.**

559 U.S. 1103, 130 S. Ct. 2401, 176 L. Ed. 2d 920, 2010 U.S. LEXIS 3744.

May 3, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Stolt-Nielsen S.A. v. AnimalFeeds Int'l Corp., 559 U.S. 662, 130 S. Ct. 1758, 176 L. Ed. 2d 605 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 554 F.3d 300.

**No. 09-9332. Louis Robenson, Petitioner v. Stephen Haszinger.**

559 U.S. 1104, 130 S. Ct. 2407, 176 L. Ed. 2d 920, 2010 U.S. LEXIS 3783.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the Supreme Court of Florida dismissed. See Rule 39.8.

Same case below, 26 So. 3d 1290.

**No. 09-9362. Louis Robenson, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 1104, 130 S. Ct. 2408, 176 L. Ed. 2d 920, 2010 U.S. LEXIS 3786.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Florida dismissed. See Rule 39.8.

Same case below, 28 So. 3d 45.

**No. 09-9400. Felton L. Matthews, Jr., Petitioner v. A. Endel, et al.**

559 U.S. 1104, 130 S. Ct. 2411, 176 L. Ed. 2d 920, 2010 U.S. LEXIS 3859.

May 3, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.